UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**JOSEPH A. ROBERSON,**   Civil No. 05-2863 JNE/SRN

    **Plaintiff,**

**v.**

    **ORDER**

**JAMIE TATAREIC, and**
**REENTRY WEST,**

    **Defendants.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated February 6, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: March 2, 2006.

                              s/ Joan N. Ericksen
                              Judge Joan N. Ericksen

United States District Court Judge